**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01342-AP

RHONDA M. DOTY,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
| --- | --- |
| GREGORY J. STYDUHAR<br>Koncilja & Koncilja, P.C.<br>125 West B Street<br>Pueblo, CO 81003<br>Telephone: (719) 543-9591<br>Facsimile: (719) 543-0247<br>greg@konciljaandkoncilja.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7101<br>Facsimile: (303)454-0770<br>alexess.rea@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

A.  **Date Complaint Was Filed:**  May 20, 2011
B.  **Date Complaint Was Served on U.S. Attorney's Office:**  May 26, 2011
C. **Date Answer and Administrative Record Were Filed:**  July 25, 2011

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7.  OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8.  BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.  **Plaintiff's Opening Brief Due:** September 26, 2011
B.  **Defendant's Response Brief Due:** October 26, 2011
C.  **Plaintiffs Reply Brief (If Any) Due:** November 10, 2011

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
   Plaintiff does not request oral argument.

**B. Defendant's Statement:**
   Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.   (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 18th day of August, 2011.

                              BY THE COURT:


                              *s/John L. Kane*_____
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| | JOHN F. WALSH |
| s/ *Gregory J. Styduhar* | United States Attorney |
| GREGORY J. STYDUHAR | District of Colorado |
| Koncilja & Koncilja, P.C. | |
| 125 West B Street | KEVIN TRASKOS |
| Pueblo, CO 81003 | Deputy Chief, Civil Division |
| Telephone: (719) 543-9591 | United States Attorney's Office |
| Facsimile: (719) 719-543-0247 | |
| greg@konciljaandkoncilja.com | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| Attorney for Plaintiff | |
| | s/ *Alexess D. Rea* |
| | ALEXESS D. REA |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7101 |
| | Facsimile: (303) 454-0770 |
| | alexess.rea@ssa.gov |
| | |
| | Attorneys for Defendant |