**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01342-PAB

RHONDA M. DOTY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order** [#15] entered by Judge Philip A. Brimmer on September 30, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

**IT IS ORDERED** that the decision of the Commissioner that plaintiff was not disabled is REVERSED and REMANDED for further proceedings consistent with the Court's opinion.

DATED at Denver, Colorado, this 30th day of September, 2012.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/Edward P. Butler
                                              Edward P. Butler
                                              Deputy Clerk